# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| RENEE GUIBAO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| vs. | ) |
| | ) FILE No. 2:17-cv-02832-TLP-tmp |
| EAST MEMPHIS HOSPITALITY, LLC d/b/a | ) |
| SWANKY'S TACO SHOP and | ) |
| THE LARRY AND JUDY MOSS FAMILY | ) |
| LIMITED PARTNERSHIP | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that all claims pending in this matter have been resolved to the satisfaction of all parties. Pursuant to Local Rule 83.13, Plaintiff hereby respectfully requests that this Court allow twenty-eight (28) days within which to complete the settlement, during which time Plaintiff requests that the Court retain jurisdiction over this matter until fully resolved. Should Plaintiff not move to reinstate the case or seek other Court intervention upon the elapse of said twenty-eight (28) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Dated: May 29, 2018.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
GeorgiaBarNo.242240

1

> Ehrlich & Schapiro, LLC
> 1123 Zonolite Road, N.E., Suite 8-B
> Atlanta, Georgia 30306
> Tel: (404) 365-4460
> Fax: (855) 415-2480
> craig@ehrlichlawoffice.com

## CERTIFICATE OF SERVICE

I certify that on May 29, 2018 I filed the within and foregoing Notice of Settlement using the CM/ECF System for the federal District Court for the Western District of Tennessee, resulting in a true and correct copy of the same to be sent via electronic mail as follows:

John A. Irvine, Jr., Esq.
Shea Moskovitz & McGhee
530 Oak Court Drive, Suite 355
Memphis, Tennessee 38103
jirvine@smmlawoffice.com

Robbin W. Hutton, Esq.
Ford & Harrison LLP
1715 Aaron Brenner Drive, Suite 200
Memphis, Tennessee 38120
rhutton@fordharrison.com

> /s/Craig J. Ehrlich
> Craig J. Ehrlich