IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| RENEE GUIBAO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:17-cv-02832-TLP-tmp |
| v. | ) |
| | ) |
| SWANKY'S CATERING, LLC, THE | ) |
| LARRY AND JUDY MOSS FAMILLY | ) |
| LIMITED PARTNERSHIP, EAST | ) |
| MEMPHIS HOSPITALITY, LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint, filed on November 13, 2017. (ECF No. 1.) In accordance with the Stipulation of Dismissal filed by the parties on June 23, 2018 (ECF No. 31),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that judgment is entered, and this action is DISMISSED WITH PREJUDICE. Each party shall bear their respective costs and fees.

**APPROVED:**

 s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT COURT JUDGE

 June 26, 2018
Date